# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re Bianca G. Montgomery

Chapter 7

Case No. 24-20956

Debtor(s).

## PAYMENT ADVICE COVER SHEET

*Please check the appropriate box*

**For Debtor:**

☑ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain).

**For Joint Debtor, if applicable:**

☐ Payment advices (pay stubs) for the 60 days prior to the petition are attached. (Please redact social security numbers and any other information restricted by applicable privacy regulations)

☐ No payment advices (pay stubs) are attached (the debtor received no income or payment from any employer during the 60 days prior to filing the bankruptcy petition).

☐ No payment advices (pay stubs) attached for other reason, or some payment advices are missing (please explain).

Dated: 02/29/24

Atty. Adam L. Lombardo

Attorney for Debtor
or Debtor if not represented by an attorney

Joint Debtor if not represented by an attorney



| | | |
|---|---|---|
| **Employee Name:** | Bianca Montgomery | |
| **Employee #:** | 1036395 | |
| **Employee Address:** | 5347 N 53rd St | |
| | Milwaukee, WI 53218 | |
| **Department:** | 511353 | |
| **Job Title:** | New Die Caster | |

| | |
|---|---|
| **Pay Date:** | 2/22/2024 |
| **Pay Period:** | 2/5/2024 - 2/18/2024 |
| **Deposit Advice #:** | 733220929 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 28.3600 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No |
| **State Filing Status:** | Single; Exempt (WI) |
| **State Exemptions:** | (WI) |

**Employer Name:** Nemak USA Inc.
**Employer Phone:** 920-458-7724
**Employer Address:** 3101 South Taylor Drive

| | Current 2/5/2024 - 2/18/2024 | | | YTD As of 2/18/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **75.60** | | **$2,317.20** | **322.80** | **$9,849.65** |
| REG | 66.00 | 28.3600 | $1,871.76 | 258.90 | $7,342.41 |
| HOLIDAY | | | | 36.00 | $1,091.88 |
| OT | 1.60 | 42.5400 | $68.06 | 3.90 | $165.90 |
| SHIFT PREM | 74.00 | 1.9700 | $145.78 | 286.80 | $568.82 |
| SHIFT PREM | 1.60 | 2.9500 | $4.72 | | |
| WEEKEND | 8.00 | 28.3600 | $226.88 | 24.00 | $680.64 |
| **Memo Information** | | | **$350.78** | | **$1,409.64** |
| ER SAFE HARBOR | | | $69.52 | | $295.50 |
| ER Healthcare | | | $281.26 | | $1,114.14 |
| **Pre-Tax Deductions** | | | **$154.55** | | **$647.18** |
| 401K PCT | | | $92.69 | | $393.98 |
| INS | | | $45.47 | | $187.64 |
| MED FSA | | | $11.53 | | $46.12 |
| LTD | | | $4.86 | | $19.44 |
| **Taxes** | | | **$355.74** | | **$917.34** |
| Fed W/H | | | $183.21 | | $183.21 |
| FICA EE | | | $139.83 | | $594.98 |
| Fed MWT EE | | | $32.70 | | $139.15 |
| **Post-Tax Deductions** | | | **$12.92** | | **$52.68** |
| AGNCY FEE | | | | | $1.00 |
| VOL STD | | | $12.92 | | $51.68 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,793.99** | | **$8,232.45** |
| Direct Deposit | 256074974 | XXXXXX6147 | $1,793.99 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Vacation Balance: | 94.00 Hours | Vacation Taken: | 6.00 Hours |





**Innovative Lightweighting**

| Employee Name: | Bianca Montgomery | | Pay Date: | 2/8/2024 |
|---|---|---|---|---|
| Employee #: | 1036395 | | Pay Period: | 1/22/2024 - 2/4/2024 |
| Employee Address: | 5347 N 53rd St | | Deposit Advice #: | 727110575 |
| | Milwaukee, WI 53218 | | Pay Frequency: | Bi-Weekly |
| Department: | 511353 | | Pay Rate: | 28.3600 |
| Job Title: | New Die Caster | | Federal Filing Status: | HoH; Exempt |
| | | | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Name: | Nemak USA Inc. | | State Filing Status: | Single; Exempt (WI) |
| Employer Phone: | 920-458-7724 | | State Exemptions: | (WI) |
| Employer Address: | 3101 South Taylor Drive | | | |

| | Current 1/22/2024 - 2/4/2024 | | | YTD As of 2/4/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **64.90** | | **$1,972.97** | **247.20** | **$7,532.45** |
| REG | 60.60 | 28.3600 | $1,718.62 | 192.90 | $5,470.65 |
| HOLIDAY | | | | 36.00 | $1,091.88 |
| OT | 0.30 | 42.5400 | $12.76 | 2.30 | $97.84 |
| SHIFT PREM | 64.60 | 1.9700 | $127.26 | 211.20 | $418.32 |
| SHIFT PREM | 0.30 | 2.9500 | $0.89 | | |
| WEEKEND | 4.00 | 28.3600 | $113.44 | 16.00 | $453.76 |
| **Memo Information** | | | **$340.45** | | **$1,058.86** |
| ER SAFE HARBOR | | | $59.19 | | $225.98 |
| ER Healthcare | | | $281.26 | | $832.88 |
| **Pre-Tax Deductions** | | | **$140.78** | | **$492.63** |
| 401K PCT | | | $78.92 | | $301.29 |
| INS | | | $45.47 | | $142.17 |
| MED FSA | | | $11.53 | | $34.59 |
| LTD | | | $4.86 | | $14.58 |
| **Taxes** | | | **$146.20** | | **$561.60** |
| FICA EE | | | $118.49 | | $455.15 |
| Fed MWT EE | | | $27.71 | | $106.45 |
| **Post-Tax Deductions** | | | **$12.92** | | **$39.76** |
| AGNCY FEE | | | | | $1.00 |
| VOL STD | | | $12.92 | | $38.76 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,673.07** | | **$6,438.46** |
| Direct Deposit | 256074974 | XXXXXX6147 | $1,673.07 | | |

| Accruals & Balances | |
|---|---|
| Vacation Balance: | 100.00 Hours |





**Innovative Lightweighting**

| | |
|---|---|
| **Employee Name:** | Blanca Montgomery |
| **Employee #:** | 1036395 |
| **Employee Address:** | 5347 N 53rd St |
| | Milwaukee, WI 53218 |
| **Department:** | 511353 |
| **Job Title:** | New Die Caster |

| | |
|---|---|
| **Pay Date:** | 1/25/2024 |
| **Pay Period:** | 1/8/2024 - 1/21/2024 |
| **Deposit Advice #:** | 721066920 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 28.3600 |
| **Federal Filing Status:** | HoH; Exempt |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | Single; Exempt (WI) |
| **State Exemptions:** | (WI) |

| | |
|---|---|
| **Employer Name:** | Nemak USA Inc. |
| **Employer Phone:** | 920-458-7724 |
| **Employer Address:** | 3101 South Taylor Drive |

| | Current<br>1/8/2024 - 1/21/2024 | | | YTD<br>As of 1/21/2024 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **64.60** | | **$1,963.87** | **182.30** | **$5,559.48** |
| REG | 60.30 | 28.3600 | $1,710.11 | 132.30 | $3,752.03 |
| HOLIDAY | | | | 36.00 | $1,091.88 |
| OT | 0.30 | 42.5400 | $12.76 | 2.00 | $85.08 |
| SHIFT PREM | 64.30 | 1.9700 | $126.67 | 146.30 | $290.17 |
| SHIFT PREM | 0.30 | 2.9500 | $0.89 | | |
| WEEKEND | 4.00 | 28.3600 | $113.44 | 12.00 | $340.32 |
| **Memo Information** | | | **$340.18** | | **$718.41** |
| ER SAFE HARBOR | | | $58.92 | | $166.79 |
| ER Healthcare | | | $281.26 | | $551.62 |
| **Pre-Tax Deductions** | | | **$140.41** | | **$351.85** |
| 401K PCT | | | $78.55 | | $222.37 |
| INS | | | $45.47 | | $96.70 |
| MED FSA | | | $11.53 | | $23.06 |
| LTD | | | $4.86 | | $9.72 |
| **Taxes** | | | **$145.50** | | **$415.40** |
| FICA EE | | | $117.92 | | $336.66 |
| Fed MWT EE | | | $27.58 | | $78.74 |
| **Post-Tax Deductions** | | | **$12.92** | | **$26.84** |
| AGNCY FEE | | | | | $1.00 |
| VOL STD | | | $12.92 | | $25.84 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,665.04** | | **$4,765.39** |
| Direct Deposit | 256074974 | XXXXXX6147 | $1,665.04 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 100.00 Hours |





| Employee Name: | Bianca Montgomery | Pay Date: | 1/11/2024 |
|---|---|---|---|
| Employee #: | 1036395 | Pay Period: | 12/25/2023 - 1/7/2024 |
| Employee Address: | 5347 N 53rd St | Deposit Advice #: | 715189053 |
| | Milwaukee, WI 53218 | Pay Frequency: | Bi-Weekly |
| Department: | 511353 | Pay Rate: | 28.3600 |
| Job Title: | New Die Caster | Federal Filing Status: | HoH; Exempt |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | State Filing Status: | Single; Exempt (WI) |
| | | State Exemptions: | (WI) |

**Employer Name:** Nemak USA Inc.
**Employer Phone:** 920-458-7724
**Employer Address:** 3101 South Taylor Drive

| | Current 12/25/2023 - 1/7/2024 | | | YTD As of 1/7/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **117.70** | | **$3,595.61** | **117.70** | **$3,595.61** |
| REG | 72.00 | 28.3600 | $2,041.92 | 72.00 | $2,041.92 |
| HOLIDAY | 36.00 | 30.3300 | $1,091.88 | 36.00 | $1,091.88 |
| OT | 1.70 | 42.5400 | $72.32 | 1.70 | $72.32 |
| SHIFT PREM | 80.00 | 1.9700 | $157.60 | 81.70 | $162.61 |
| SHIFT PREM | 1.70 | 2.9500 | $5.01 | | |
| WEEKEND | 8.00 | 28.3600 | $226.88 | 8.00 | $226.88 |
| **Memo Information** | | | **$378.23** | | **$378.23** |
| ER SAFE HARBOR | | | $107.87 | | $107.87 |
| ER Healthcare | | | $270.36 | | $270.36 |
| **Pre-Tax Deductions** | | | **$211.44** | | **$211.44** |
| 401K PCT | | | $143.82 | | $143.82 |
| INS | | | $51.23 | | $51.23 |
| MED FSA | | | $11.53 | | $11.53 |
| LTD | | | $4.86 | | $4.86 |
| **Taxes** | | | **$269.90** | | **$269.90** |
| FICA EE | | | $218.74 | | $218.74 |
| Fed MWT EE | | | $51.16 | | $51.16 |
| **Post-Tax Deductions** | | | **$13.92** | | **$13.92** |
| AGNCY FEE | | | $1.00 | | $1.00 |
| VOL STD | | | $12.92 | | $12.92 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$3,100.35** | | **$3,100.35** |
| Direct Deposit | 256074974 | XXXXXX6147 | $3,100.35 | | |

| Accruals & Balances | |
|---|---|
| Vacation Balance: | 100.00 Hours |





| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Bianca Montgomery | | **Pay Date:** | 1/11/2024 | |
| **Employee #:** | 1036395 | | **Pay Period:** | 12/25/2023 - 1/7/2024 | |
| **Employee Address:** | 5347 N 53rd St | | **Deposit Advice #:** | 715189053 | |
| | Milwaukee, WI  53218 | | **Pay Frequency:** | Bi-Weekly | |
| **Department:** | 511353 | | **Pay Rate:** | 28.3600 | |
| **Job Title:** | New Die Caster | | **Federal Filing Status:** | HoH; Exempt | |
| | | | **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **Employer Name:** | Nemak USA Inc. | | **State Filing Status:** | Single; Exempt (WI) | |
| **Employer Phone:** | 920-458-7724 | | **State Exemptions:** | (WI) | |
| **Employer Address:** | 3101 South Taylor Drive | | | | |

| | Current 12/25/2023 - 1/7/2024 | | | YTD As of 1/7/2024 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **117.70** | | **$3,595.61** | **117.70** | **$3,595.61** |
| REG | 72.00 | 28.3600 | $2,041.92 | 72.00 | $2,041.92 |
| HOLIDAY | 36.00 | 30.3300 | $1,091.88 | 36.00 | $1,091.88 |
| OT | 1.70 | 42.5400 | $72.32 | 1.70 | $72.32 |
| SHIFT PREM | 80.00 | 1.9700 | $157.60 | 81.70 | $162.61 |
| SHIFT PREM | 1.70 | 2.9500 | $5.01 | | |
| WEEKEND | 8.00 | 28.3600 | $226.88 | 8.00 | $226.88 |
| **Memo Information** | | | **$378.23** | | **$378.23** |
| ER SAFE HARBOR | | | $107.87 | | $107.87 |
| ER Healthcare | | | $270.36 | | $270.36 |
| **Pre-Tax Deductions** | | | **$211.44** | | **$211.44** |
| 401K PCT | | | $143.82 | | $143.82 |
| INS | | | $51.23 | | $51.23 |
| MED FSA | | | $11.53 | | $11.53 |
| LTD | | | $4.86 | | $4.86 |
| **Taxes** | | | **$269.90** | | **$269.90** |
| FICA EE | | | $218.74 | | $218.74 |
| Fed MWT EE | | | $51.16 | | $51.16 |
| **Post-Tax Deductions** | | | **$13.92** | | **$13.92** |
| AGNCY FEE | | | $1.00 | | $1.00 |
| VOL STD | | | $12.92 | | $12.92 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$3,100.35** | | **$3,100.35** |
| Direct Deposit | 256074974 | XXXXXX6147 | $3,100.35 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 100.00 Hours |





**Innovative Lightweighting**

| Employee Name: | Bianca Montgomery | Pay Date: | 12/28/2023 |
|---|---|---|---|
| Employee #: | 1036395 | Pay Period: | 12/11/2023 - 12/24/2023 |
| Employee Address: | 5347 N 53rd St | Deposit Advice #: | 708685622 |
| | Milwaukee, WI  53218 | Pay Frequency: | Bi-Weekly |
| Department: | 511353 | Pay Rate: | 28.3600 |
| Job Title: | New Die Caster | Federal Filing Status: | HoH; Exempt |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | State Filing Status: | Single; Exempt (WI) |
| | | State Exemptions: | (WI) |

**Employer Name:** Nemak USA Inc.
**Employer Phone:** 920-458-7724
**Employer Address:** 3101 South Taylor Drive

| | Current 12/11/2023 - 12/24/2023 | | | YTD As of 12/24/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **44.90** | | **$1,375.46** | **1,090.20** | **$31,202.94** |
| REG | 36.00 | 28.3600 | $1,020.96 | 800.00 | $20,853.64 |
| HOLIDAY | | | | 20.00 | $606.60 |
| OT | 0.90 | 42.5400 | $38.29 | 70.20 | $2,757.76 |
| SHIFT PREM | 44.00 | 1.9700 | $86.68 | 823.80 | $1,713.26 |
| SHIFT PREM | 0.90 | 2.9500 | $2.65 | | |
| WEEKEND | 8.00 | 28.3600 | $226.88 | 80.00 | $2,086.88 |
| VAC | | | | 120.00 | $3,184.80 |
| **Memo Information** | | | **$300.71** | | **$3,071.04** |
| ER SAFE HARBOR | | | $41.26 | | $365.35 |
| ER Healthcare | | | $259.45 | | $2,705.69 |
| **Pre-Tax Deductions** | | | **$174.54** | | **$1,488.44** |
| 401K PCT | | | $41.26 | | $365.35 |
| INS | | | $57.00 | | $594.43 |
| MED FSA | | | $71.42 | | $500.00 |
| LTD | | | $4.86 | | $28.66 |
| **Taxes** | | | **$95.02** | | **$2,301.11** |
| FICA EE | | | $77.01 | | $1,864.95 |
| Fed MWT EE | | | $18.01 | | $436.16 |
| **Post-Tax Deductions** | | | **$12.92** | | **$83.54** |
| UNIFORMS | | | | | $5.10 |
| VOL STD | | | $12.92 | | $78.44 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,092.98** | | **$27,329.85** |
| Direct Deposit | 256074974 | XXXXXX6147 | $1,092.98 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Vacation Balance: | 76.00 Hours | Vacation Taken: | 24.00 Hours |



CERIDIAN


Innovative Lightweighting

| | |
|---|---|
| **Employee Name:** | Bianca Montgomery |
| **Employee #:** | 1036395 |
| **Employee Address:** | 5347 N 53rd St |
| | Milwaukee, WI 53218 |
| **Department:** | 511353 |
| **Job Title:** | New Die Caster |

| | |
|---|---|
| **Pay Date:** | 12/14/2023 |
| **Pay Period:** | 11/27/2023 - 12/10/2023 |
| **Deposit Advice #:** | 701772606 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 28.3600 |
| **Federal Filing Status:** | HoH; Exempt |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | Single; Exempt (WI) |
| **State Exemptions:** | (WI) |

| | |
|---|---|
| **Employer Name:** | Nemak USA Inc. |
| **Employer Phone:** | 920-458-7724 |
| **Employer Address:** | 3101 South Taylor Drive |

| | Current 11/27/2023 - 12/10/2023 | | | YTD As of 12/10/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **88.20** | | **$2,799.42** | **1,045.30** | **$29,827.48** |
| REG | 72.00 | 28.3600 | $2,041.92 | 764.00 | $19,832.68 |
| HOLIDAY | | | | 20.00 | $606.60 |
| OT | 8.20 | 42.5400 | $348.83 | 69.30 | $2,719.47 |
| SHIFT PREM | 80.00 | 1.9700 | $157.60 | 778.90 | $1,623.93 |
| SHIFT PREM | 8.20 | 2.9500 | $24.19 | | |
| WEEKEND | 8.00 | 28.3600 | $226.88 | 72.00 | $1,860.00 |
| VAC | | | | 120.00 | $3,184.80 |
| **Memo Information** | | | **$343.43** | | **$2,770.33** |
| ER SAFE HARBOR | | | $83.98 | | $324.09 |
| ER Healthcare | | | $259.45 | | $2,446.24 |
| **Pre-Tax Deductions** | | | **$217.27** | | **$1,313.90** |
| 401K PCT | | | $83.98 | | $324.09 |
| INS | | | $57.00 | | $537.43 |
| MED FSA | | | $71.43 | | $428.58 |
| LTD | | | $4.86 | | $23.80 |
| **Taxes** | | | **$203.96** | | **$2,206.09** |
| FICA EE | | | $165.30 | | $1,787.94 |
| Fed MWT EE | | | $38.66 | | $418.15 |
| **Post-Tax Deductions** | | | **$12.92** | | **$70.62** |
| UNIFORMS | | | | | $5.10 |
| VOL STD | | | $12.92 | | $65.52 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$2,365.27** | | **$26,236.87** |
| Direct Deposit | 256074974 | XXXXXX6147 | $2,365.27 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 100.00 Hours |


CERIDIAN



| | | |
|---|---|---|
| **Employee Name:** | Bianca Montgomery | |
| **Employee #:** | 1036395 | |
| **Employee Address:** | 5347 N 53rd St | |
| | Milwaukee, Wi 53218 | |
| **Department:** | 511353 | |
| **Job Title:** | New Die Caster | |

| | |
|---|---|
| **Pay Date:** | 11/30/2023 |
| **Pay Period:** | 11/13/2023 - 11/26/2023 |
| **Deposit Advice #:** | 695877186 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 28.3600 |
| **Federal Filing Status:** | HoH; Exempt |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | Single; Exempt (WI) |
| **State Exemptions:** | (WI) |

**Employer Name:** Nemak USA Inc.
**Employer Phone:** 920-458-7724
**Employer Address:** 3101 South Taylor Drive

| | Current | | | YTD | |
|---|---|---|---|---|---|
| | 11/13/2023 - 11/26/2023 | | | As of 11/26/2023 | |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **118.50** | | **$3,818.16** | **957.10** | **$27,028.06** |
| REG | 72.00 | 28.3600 | $2,041.92 | 692.00 | $17,790.76 |
| HOLIDAY | 20.00 | 30.3300 | $606.60 | 20.00 | $606.60 |
| OT | 18.50 | 42.5400 | $786.99 | 61.10 | $2,370.64 |
| SHIFT PREM | 62.60 | 1.9700 | $123.32 | 690.70 | $1,442.14 |
| SHIFT PREM | 11.00 | 2.9500 | $32.45 | | |
| WEEKEND | 8.00 | 28.3600 | $226.88 | 64.00 | $1,633.12 |
| VAC | | | | 120.00 | $3,184.80 |
| **Memo Information** | | | **$373.99** | | **$2,426.90** |
| ER SAFE HARBOR | | | $114.54 | | $240.11 |
| ER Healthcare | | | $259.45 | | $2,186.79 |
| **Pre-Tax Deductions** | | | **$247.83** | | **$1,096.63** |
| 401K PCT | | | $114.54 | | $240.11 |
| INS | | | $57.00 | | $480.43 |
| MED FSA | | | $71.43 | | $357.15 |
| LTD | | | $4.86 | | $18.94 |
| **Taxes** | | | **$281.90** | | **$2,002.13** |
| FICA EE | | | $228.47 | | $1,622.64 |
| Fed MWT EE | | | $53.43 | | $379.49 |
| **Post-Tax Deductions** | | | **$12.92** | | **$57.70** |
| UNIFORMS | | | | | $5.10 |
| VOL STD | | | $12.92 | | $52.60 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$3,275.51** | | **$23,871.60** |
| Direct Deposit | 256074974 | XXXXXX6147 | $3,275.51 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 100.00 Hours |





| | | |
|---|---|---|
| **Employee Name:** | Bianca Montgomery | |
| **Employee #:** | 1036395 | |
| **Employee Address:** | 5347 N 53rd St | |
| | Milwaukee, WI 53218 | |
| **Department:** | 511353 | |
| **Job Title:** | New Die Caster | |

| | |
|---|---|
| **Pay Date:** | 11/16/2023 |
| **Pay Period:** | 10/30/2023 - 11/12/2023 |
| **Deposit Advice #:** | 690266985 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 28.3600 |
| **Federal Filing Status:** | HoH; Exempt |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | Single; Exempt (WI) |
| **State Exemptions:** | (WI) |

**Employer Name:** Nemak USA Inc.
**Employer Phone:** 920-458-7724
**Employer Address:** 3101 South Taylor Drive

| | Current 10/30/2023 - 11/12/2023 | | | YTD As of 11/12/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **82.10** | | **$2,358.13** | **838.60** | **$23,209.90** |
| REG | 72.00 | 28.3600 | $2,041.92 | 620.00 | $15,748.84 |
| OT | 2.10 | 42.5400 | $89.33 | 42.60 | $1,583.65 |
| SHIFT PREM | | | ($109.61) | 617.10 | $1,286.37 |
| SHIFT PREM | 47.40 | 1.9700 | $93.38 | | |
| SHIFT PREM | 5.50 | 2.9500 | $16.23 | | |
| WEEKEND | 8.00 | 28.3600 | $226.88 | 56.00 | $1,406.24 |
| VAC | | | | 120.00 | $3,184.80 |
| **Memo Information** | | | **$330.19** | | **$2,052.91** |
| ER SAFE HARBOR | | | $70.74 | | $125.57 |
| ER Healthcare | | | $259.45 | | $1,927.34 |
| **Pre-Tax Deductions** | | | **$204.03** | | **$848.80** |
| 401K PCT | | | $70.74 | | $125.57 |
| INS | | | $57.00 | | $423.43 |
| MED FSA | | | $71.43 | | $285.72 |
| LTD | | | $4.86 | | $14.08 |
| **Taxes** | | | **$170.20** | | **$1,720.23** |
| FICA EE | | | $137.94 | | $1,394.17 |
| Fed MWT EE | | | $32.26 | | $326.06 |
| **Post-Tax Deductions** | | | **$12.92** | | **$44.78** |
| UNIFORMS | | | | | $5.10 |
| VOL STD | | | $12.92 | | $39.68 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,970.98** | | **$20,596.09** |
| Direct Deposit | 256074974 | XXXXXX6147 | $1,970.98 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 100.00 Hours |


CERIDIAN



| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Bianca Montgomery | | **Pay Date:** | 11/2/2023 | |
| **Employee #:** | 1036395 | | **Pay Period:** | 10/16/2023 - 10/29/2023 | |
| **Employee Address:** | 5347 N 53rd St | | **Deposit Advice #:** | 684371467 | |
| | Milwaukee, WI 53218 | | **Pay Frequency:** | Bi-Weekly | |
| **Department:** | 511353 | | **Pay Rate:** | 28.3600 | |
| **Job Title:** | New Die Caster | | **Federal Filing Status:** | HoH; Exempt | |
| | | | **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **Employer Name:** | Nemak USA Inc. | | **State Filing Status:** | Single; Exempt (WI) | |
| **Employer Phone:** | 920-458-7724 | | **State Exemptions:** | (WI) | |
| **Employer Address:** | 3101 South Taylor Drive | | | | |

| | Current 10/16/2023 - 10/29/2023 | | | YTD As of 10/29/2023 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **64.30** | | **$1,827.80** | **756.50** | **$20,851.77** |
| REG | 64.00 | 28.3600 | $1,815.04 | 548.00 | $13,706.92 |
| OT | 0.30 | 42.5400 | $12.76 | 40.50 | $1,494.32 |
| SHIFT PREM | | | | 564.20 | $1,286.37 |
| WEEKEND | | | | 48.00 | $1,179.36 |
| VAC | | | | 120.00 | $3,184.80 |
| **Memo Information** | | | **$314.28** | | **$1,722.72** |
| ER SAFE HARBOR | | | $54.83 | | $54.83 |
| ER Healthcare | | | $259.45 | | $1,667.89 |
| **Pre-Tax Deductions** | | | **$187.97** | | **$644.77** |
| 401K PCT | | | $54.83 | | $54.83 |
| INS | | | $57.00 | | $366.43 |
| MED FSA | | | $71.43 | | $214.29 |
| LTD | | | $4.71 | | $9.22 |
| **Taxes** | | | **$129.65** | | **$1,550.03** |
| FICA EE | | | $105.07 | | $1,256.23 |
| Fed MWT EE | | | $24.58 | | $293.80 |
| **Post-Tax Deductions** | | | **$12.92** | | **$31.86** |
| UNIFORMS | | | | | $5.10 |
| VOL STD | | | $12.92 | | $26.76 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,497.26** | | **$18,625.11** |
| Direct Deposit | 256074974 | XXXXXX6147 | $1,497.26 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Vacation Balance: | 100.00 Hours | Vacation Taken: | 8.00 Hours |


CERIDIAN



| Employee Name: | Bianca Montgomery | Pay Date: | 10/19/2023 |
|---|---|---|---|
| Employee #: | 1036395 | Pay Period: | 10/2/2023 - 10/15/2023 |
| Employee Address: | 5347 N 53rd St | Deposit Advice #: | 678471377 |
| | Milwaukee, WI 53218 | Pay Frequency: | Bi-Weekly |
| Department: | 511353 | Pay Rate: | 24.5700 |
| Job Title: | General Production | Federal Filing Status: | HoH; Exempt |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Name: | Nemak USA Inc. | State Filing Status: | Single; Exempt (WI) |
| Employer Phone: | 920-458-7724 | State Exemptions: | (WI) |
| Employer Address: | 3101 South Taylor Drive | | |

| | Current 10/2/2023 - 10/15/2023 | | | YTD As of 10/15/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **52.00** | | **$1,403.68** | **692.20** | **$19,023.97** |
| REG | 48.00 | 24.5700 | $1,179.36 | 484.00 | $11,891.88 |
| OT | | | | 40.20 | $1,481.56 |
| SHIFT PREM | 52.00 | 1.9700 | $102.44 | 564.20 | $1,286.37 |
| SHIFT PREM | 8.00 | 2.9500 | $23.60 | | |
| WEEKEND | 4.00 | 24.5700 | $98.28 | 48.00 | $1,179.36 |
| VAC | | | | 120.00 | $3,184.80 |
| **Memo Information** | | | **$259.45** | | **$1,408.44** |
| ER Healthcare | | | $259.45 | | $1,408.44 |
| **Pre-Tax Deductions** | | | **$132.64** | | **$456.80** |
| INS | | | $57.00 | | $309.43 |
| MED FSA | | | $71.43 | | $142.86 |
| LTD | | | $4.21 | | $4.51 |
| **Taxes** | | | **$97.23** | | **$1,420.38** |
| FICA EE | | | $78.80 | | $1,151.16 |
| Fed MWT EE | | | $18.43 | | $269.22 |
| **Post-Tax Deductions** | | | **$18.02** | | **$18.94** |
| UNIFORMS | | | $5.10 | | $5.10 |
| VOL STD | | | $12.92 | | $13.84 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,155.79** | | **$17,127.85** |
| Direct Deposit | 256074974 | XXXXXX6147 | $1,155.79 | | |

| Accruals & Balances | | | | | |
|---|---|---|---|---|---|
| Vacation Balance: | 108.00 Hours | Vacation Accrued: | 120.00 Hours | Vacation Taken: | 12.00 Hours |





**Innovative Lightweighting**

| Employee Name: | Bianca Montgomery | Pay Date: | 10/5/2023 |
|---|---|---|---|
| Employee #: | 1036395 | Pay Period: | 9/18/2023 - 10/1/2023 |
| Employee Address: | 5347 N 53rd St | Deposit Advice #: | 672771695 |
| | Milwaukee, WI 53218 | Pay Frequency: | Bi-Weekly |
| Department: | 511353 | Pay Rate: | 24.5700 |
| Job Title: | General Production | Federal Filing Status: | HoH; Exempt |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Name: | Nemak USA Inc. | State Filing Status: | Single; Exempt (WI) |
| Employer Phone: | 920-458-7724 | State Exemptions: | (WI) |
| Employer Address: | 3101 South Taylor Drive | | |

| | Current | | | YTD | |
|---|---|---|---|---|---|
| | 9/18/2023 - 10/1/2023 | | | As of 10/1/2023 | |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.00** | | **$2,123.20** | **520.20** | **$14,435.49** |
| REG | 72.00 | 24.5700 | $1,769.04 | 436.00 | $10,712.52 |
| OT | | | | 40.20 | $1,481.56 |
| SHIFT PREM | 80.00 | 1.9700 | $157.60 | 504.20 | $1,160.33 |
| WEEKEND | 8.00 | 24.5700 | $196.56 | 44.00 | $1,081.08 |
| **Memo Information** | | | **$259.45** | | **$1,148.99** |
| ER Healthcare | | | $259.45 | | $1,148.99 |
| **Pre-Tax Deductions** | | | **$128.73** | | **$324.16** |
| INS | | | $57.00 | | $252.43 |
| MED FSA | | | $71.43 | | $71.43 |
| LTD | | | $0.30 | | $0.30 |
| **Taxes** | | | **$152.57** | | **$1,079.51** |
| FICA EE | | | $123.65 | | $874.90 |
| Fed MWT EE | | | $28.92 | | $204.61 |
| **Post-Tax Deductions** | | | **$0.92** | | **$0.92** |
| VOL STD | | | $0.92 | | $0.92 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,840.98** | | **$13,030.90** |
| Direct Deposit | 256074974 | XXXXXX6147 | $1,840.98 | | |

| Accruals & Balances | |
|---|---|
| Vacation Balance: | 0.00 Hours |





**Employee Name:** Bianca Montgomery
**Employee #:** 1036395
**Employee Address:** 5420 N. 83rd St. Apt. 2
Milwaukee, WI 53218
**Department:** 511353
**Job Title:** General Production

**Pay Date:** 9/21/2023
**Pay Period:** 9/4/2023 - 9/17/2023
**Deposit Advice #:** 666096665
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 24.5700
**Federal Filing Status:** HoH; Exempt
**Federal 2c/Extra Withholding:** No/$0.00
**State Filing Status:** Single; Exempt (WI)
**State Exemptions:** (WI)

**Employer Name:** Nemak USA Inc.
**Employer Phone:** 920-458-7724
**Employer Address:** 3101 South Taylor Drive

| | Current 9/4/2023 - 9/17/2023 | | | YTD As of 9/17/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **83.30** | | **$2,254.56** | **440.20** | **$12,312.29** |
| REG | 76.00 | 24.5700 | $1,867.32 | 364.00 | $8,943.48 |
| OT | 3.30 | 36.8550 | $121.62 | 40.20 | $1,481.56 |
| SHIFT PREM | 80.00 | 1.9700 | $157.60 | 424.20 | $1,002.73 |
| SHIFT PREM | 3.30 | 2.9500 | $9.74 | | |
| WEEKEND | 4.00 | 24.5700 | $98.28 | 36.00 | $884.52 |
| **Memo Information** | | | **$259.45** | | **$889.54** |
| ER Healthcare | | | $259.45 | | $889.54 |
| **Pre-Tax Deductions** | | | **$57.00** | | **$195.43** |
| INS | | | $57.00 | | $195.43 |
| **Taxes** | | | **$168.11** | | **$926.94** |
| FICA EE | | | $136.25 | | $751.25 |
| Fed MWT EE | | | $31.86 | | $175.69 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$2,029.45** | | **$11,189.92** |
| Direct Deposit | 256074974 | XXXXXX6147 | $2,029.45 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 0.00 Hours |





**Innovative Lightweighting**

| Employee Name: | Bianca Montgomery | Pay Date: | 9/7/2023 |
| Employee #: | 1036395 | Pay Period: | 8/21/2023 - 9/3/2023 |
| Employee Address: | 5420 N. 83rd St. Apt. 2 | Deposit Advice #: | 660770259 |
| | Milwaukee, WI 53218 | Pay Frequency: | Bi-Weekly |
| Department: | 511353 | Pay Rate: | 24.5700 |
| Job Title: | General Production | Federal Filing Status: | HoH; Exempt |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | State Filing Status: | Single; Exempt (WI) |
| | | State Exemptions: | (WI) |

| Employer Name: | Nemak USA Inc. |
| Employer Phone: | 920-458-7724 |
| Employer Address: | 3101 South Taylor Drive |

| | Current 8/21/2023 - 9/3/2023 | | | YTD As of 9/3/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **87.90** | | **$2,437.66** | **356.90** | **$10,057.73** |
| REG | 72.00 | 24.5700 | $1,769.04 | 288.00 | $7,076.16 |
| OT | 7.90 | 36.8550 | $291.15 | 36.90 | $1,359.94 |
| SHIFT PREM | 80.00 | 1.9700 | $157.60 | 340.90 | $835.39 |
| SHIFT PREM | 7.90 | 2.9500 | $23.31 | | |
| WEEKEND | 8.00 | 24.5700 | $196.56 | 32.00 | $786.24 |
| **Memo Information** | | | **$259.45** | | **$630.09** |
| ER Healthcare | | | $259.45 | | $630.09 |
| **Pre-Tax Deductions** | | | **$57.00** | | **$138.43** |
| INS | | | $57.00 | | $138.43 |
| **Taxes** | | | **$182.12** | | **$758.83** |
| FICA EE | | | $147.60 | | $615.00 |
| Fed MWT EE | | | $34.52 | | $143.83 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$2,198.54** | | **$9,160.47** |
| Direct Deposit | 256074974 | XXXXXX6147 | $2,198.54 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 0.00 Hours |





| | | | |
|---|---|---|---|
| **Employee Name:** | Bianca Montgomery | **Pay Date:** | 8/24/2023 |
| **Employee #:** | 1036395 | **Pay Period:** | 8/7/2023 - 8/20/2023 |
| **Employee Address:** | 5420 N. 83rd St. Apt. 2 | **Deposit Advice #:** | 654992385 |
| | Milwaukee, WI 53218 | **Pay Frequency:** | Bi-Weekly |
| **Department:** | 511353 | **Pay Rate:** | 24.5700 |
| **Job Title:** | General Production | **Federal Filing Status:** | HoH; Exempt |
| | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Employer Name:** | Nemak USA Inc. | **State Filing Status:** | Single; Exempt (WI) |
| **Employer Phone:** | 920-458-7724 | **State Exemptions:** | (WI) |
| **Employer Address:** | 3101 South Taylor Drive | | |

| | Current 8/7/2023 - 8/20/2023 | | | YTD As of 8/20/2023 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **88.40** | | **$2,457.56** | **269.00** | **$7,620.07** |
| REG | 72.00 | 24.5700 | $1,769.04 | 216.00 | $5,307.12 |
| OT | 8.40 | 36.8550 | $309.58 | 29.00 | $1,068.79 |
| SHIFT PREM | 80.00 | 1.9700 | $157.60 | 253.00 | $654.48 |
| SHIFT PREM | 8.40 | 2.9500 | $24.78 | | |
| WEEKEND | 8.00 | 24.5700 | $196.56 | 24.00 | $589.68 |
| **Memo Information** | | | **$259.45** | | **$370.64** |
| ER Healthcare | | | $259.45 | | $370.64 |
| **Pre-Tax Deductions** | | | **$57.00** | | **$81.43** |
| INS | | | $57.00 | | $81.43 |
| **Taxes** | | | **$183.65** | | **$576.71** |
| FICA EE | | | $148.84 | | $467.40 |
| Fed MWT EE | | | $34.81 | | $109.31 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$2,216.91** | | **$6,961.93** |
| Direct Deposit | 256074974 | XXXXXX6147 | $2,216.91 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 0.00 Hours |



Page 1 of 1



| | | | | | | |
|---|---|---|---|---|---|---|
| **Employee Name:** | Bianca Montgomery | | | **Pay Date:** | 8/10/2023 | |
| **Employee #:** | 1036395 | | | **Pay Period:** | 7/24/2023 - 8/6/2023 | |
| **Employee Address:** | 5420 N. 83rd St. Apt. 2 | | | **Deposit Advice #:** | 649352338 | |
| | Milwaukee, WI 53218 | | | **Pay Frequency:** | Bi-Weekly | |
| **Department:** | 511353 | | | **Pay Rate:** | 24.5700 | |
| **Job Title:** | General Production | | | **Federal Filing Status:** | HoH; Exempt | |
| | | | | **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **Employer Name:** | Nemak USA Inc. | | | **State Filing Status:** | Single; Exempt (WI) | |
| **Employer Phone:** | 920-458-7724 | | | **State Exemptions:** | (WI) | |
| **Employer Address:** | 3101 South Taylor Drive | | | | | |

| | Current 7/24/2023 - 8/6/2023 | | | YTD As of 8/6/2023 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **85.10** | | **$2,326.21** | **180.60** | **$5,162.51** |
| REG | 72.00 | 24.5700 | $1,769.04 | 144.00 | $3,538.08 |
| OT | 5.10 | 36.8550 | $187.96 | 20.60 | $759.21 |
| SHIFT PREM | 80.00 | 1.9700 | $157.60 | 164.60 | $472.10 |
| SHIFT PREM | 5.10 | 2.9500 | $15.05 | | |
| WEEKEND | 8.00 | 24.5700 | $196.56 | 16.00 | $393.12 |
| **Memo Information** | | | **$111.19** | | **$111.19** |
| ER Healthcare | | | $111.19 | | $111.19 |
| **Pre-Tax Deductions** | | | **$24.43** | | **$24.43** |
| INS | | | $24.43 | | $24.43 |
| **Taxes** | | | **$176.08** | | **$393.06** |
| FICA EE | | | $142.71 | | $318.56 |
| Fed MWT EE | | | $33.37 | | $74.50 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$2,125.70** | | **$4,745.02** |
| Direct Deposit | 256074974 | XXXXXX6147 | $2,125.70 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 0.00 Hours |





**Innovative Lightweighting**

| | |
|---|---|
| **Employee Name:** | Bianca Terry |
| **Employee #:** | 1036395 |
| **Employee Address:** | 5420 N. 83rd St. Apt. 2 |
| | Milwaukee, WI 53218 |
| **Department:** | 511353 |
| **Job Title:** | General Production |

| | |
|---|---|
| **Pay Date:** | 7/27/2023 |
| **Pay Period:** | 7/10/2023 - 7/23/2023 |
| **Check #:** | 907434550 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 24.5700 |
| **Federal Filing Status:** | HoH; Exempt |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | Single; Exempt (WI) |
| **State Exemptions:** | (WI) |

**Employer Name:** Nemak USA Inc.
**Employer Phone:** 920-458-7724
**Employer Address:** 3101 South Taylor Drive

| | Current 7/10/2023 - 7/23/2023 | | | YTD As of 7/23/2023 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **95.50** | | **$2,836.30** | **95.50** | **$2,836.30** |
| REG | 72.00 | 24.5700 | $1,769.04 | 72.00 | $1,769.04 |
| OT | 15.50 | 36.8550 | $571.25 | 15.50 | $571.25 |
| SHIFT PREM | | | $142.83 | 79.50 | $299.45 |
| SHIFT PREM | 79.50 | 1.9700 | $156.62 | | |
| WEEKEND | 8.00 | 24.5700 | $196.56 | 8.00 | $196.56 |
| **Taxes** | | | **$216.98** | | **$216.98** |
| FICA EE | | | $175.85 | | $175.85 |
| Fed MWT EE | | | $41.13 | | $41.13 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$2,619.32** | | **$2,619.32** |
| Direct Deposit | 256074974 | XXXXXX6147 | $0.00 | | |
| Check | | | $2,619.32 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 0.00 Hours |


CERIDIAN

Case 24-20956-gmh    Doc 2    Filed 02/29/24    Page 35 of 44    Page 1 of 1

## Payments

### Payments to Bianca Montgomery for the Current Year to Date

| Date | Amount | Payer | Source | Court Case |
|------|--------|-------|--------|-----------|
| 01/11/2024 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 01/11/2024 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 01/11/2024 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 01/04/2024 | $5.96 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 01/04/2024 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 01/04/2024 | $9.72 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |

**Total: $47.24**



Payments and related balances are updated overnight.

Payments made directly to another state under §§ 769.319(2), or 769.602, Wis. Stats. are not displayed.

## Payments

### Payments to Bianca Montgomery for the Year 2023

| Date | Amount | Payer | Source | Court Case |
|------|--------|-------|--------|------------|
| 12/28/2023 | $9.16 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 12/28/2023 | $6.37 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 12/28/2023 | $5.11 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 12/20/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 12/20/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 12/20/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 12/13/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 12/13/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 12/13/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 12/05/2023 | $7.60 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/29/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/29/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/29/2023 | $10.70 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/22/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/22/2023 | $10.72 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/22/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/14/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/14/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/14/2023 | $10.70 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/07/2023 | $3.81 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/07/2023 | $3.05 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/07/2023 | $5.46 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/01/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/01/2023 | $3.09 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 11/01/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/25/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/25/2023 | $7.45 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/25/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/12/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/12/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/12/2023 | $10.72 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/11/2023 | $7.13 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |

| | | | | |
|---|---|---|---|---|
| 10/11/2023 | $10.26 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/11/2023 | $5.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/04/2023 | $5.96 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/04/2023 | $10.70 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 10/04/2023 | $3.73 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 09/26/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 09/26/2023 | $10.72 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 09/26/2023 | $7.45 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 09/14/2023 | $5.96 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 09/14/2023 | $10.72 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 09/14/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 09/13/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 09/13/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 09/13/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/29/2023 | $7.43 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/29/2023 | $2.26 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/29/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/23/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/23/2023 | $7.45 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/23/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/15/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/15/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/15/2023 | $7.43 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/09/2023 | $10.72 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/09/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/09/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/02/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/02/2023 | $2.25 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 08/02/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/26/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/26/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/26/2023 | $7.45 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/18/2023 | $10.72 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/18/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/18/2023 | $7.43 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/07/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/07/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/07/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/06/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 07/06/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |

| Date | Amount | Name | Type | ID |
|------|--------|------|------|-----|
| 07/06/2023 | $2.26 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/22/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/22/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/22/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/21/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/21/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/21/2023 | $5.96 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/13/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/13/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/13/2023 | $10.72 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/02/2023 | $1.27 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/02/2023 | $1.83 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 06/02/2023 | $1.02 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/31/2023 | $1.02 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/31/2023 | $1.28 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/31/2023 | $1.83 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/18/2023 | $3.73 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/18/2023 | $5.96 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/18/2023 | $10.72 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/17/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/17/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/17/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/17/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/17/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/17/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/05/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/05/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 05/05/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 04/20/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 04/20/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 04/20/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 04/20/2023 | $7.45 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 04/20/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 04/20/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 04/07/2023 | $5.97 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 04/07/2023 | $10.71 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 04/07/2023 | $7.44 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 03/07/2023 | $889.00 | Mario Peterson | Payer Paid / Other | 4511ZZ000004 |
| 03/03/2023 | $12.37 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 03/03/2023 | $9.99 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |

| | | | | |
|---|---|---|---|---|
| 03/03/2023 | $17.87 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 02/10/2023 | $26.67 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 02/10/2023 | $17.20 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |
| 02/10/2023 | $14.90 | Mario Peterson | Other State Or Jurisdiction | 4511ZZ000004 |

**Total: $1,786.22**

Payments and related balances are updated overnight.

Payments made directly to another state under §§ 769.319(2), or 769.602, Wis. Stats. are not displayed.

 **Your FoodShare Benefits**

 **Who will get FoodShare and how much?**

| When? | How much? | Who is enrolled? | |
|---|---|---|---|
| As of Oct. 01, 2023 | $311 / month | ~~MARIO JR~~ ~~MASIAH~~ BIANCA | ~~MICELLE~~ ~~MICAH~~ |

You will get a total of $311.00 each month until there is a change in your case.

| i | **More Information** |
|---|---|

**FoodShare**

FoodShare is a monthly benefit that helps you buy nutritious food for good health. You access your FoodShare benefits by using your QUEST card.

If any QUEST card on your account is lost or stolen, you may have to pay a $2.70 fee to replace it. The fee will come out of your FoodShare benefits.

Certain adults between the ages of 18 through 52 with no minor children living in the home may only be able to get three months of time-limited FoodShare benefits in a three-year period that began on January 1, 2022, and continues until December 31, 2024, unless they meet a work requirement or have an exemption. To keep getting FoodShare benefits after the three months, you must meet the work requirement or have an exemption. For a current list of exemptions, go to www.dhs.wisconsin.gov/foodshare/infonotice.htm.

To learn more about your benefits, QUEST card, or the work requirement, please see your Enrollment and Benefits Handbook.

 Wisconsin JobNet is available to you. JobNet is the largest source of job openings in Wisconsin. You can visit the JobNet website at www.dwd.state.wi.us/jobnet/mapWI.htm. Or, you can use touch-screen computers at your local Job Center. To find a Job Center near you, call 1-888-258-9966.

Case 24-20956-gmh    Doc 2    Filed 02/29/24    Page 43 of 44